

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE:   GREGORY MARK LEVITZ, | § | No. 08-13-00188-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

**<u>MEMORANDUM OPINION</u>**

Relator, Gregory M. Levitz, has filed a *pro se* petition for writ of mandamus in which he asks this Court to order the 70th District Court of Ector County to render a ruling on his motion to dismiss the judgment to re-pay the court appointed attorney's fees.

We have jurisdiction to issue a writ of mandamus against a district or county court judge in our district and against a district court judge acting as a magistrate in a court of inquiry in our district. TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). However, because Ector County is not within the Eighth Court of Appeals district, we are without jurisdiction to consider Relator's petition. *See id*. at § 22.201(i), (l); *In re Davis*, 87 S.W.3d 794, 795 (Tex. App. – Texarkana 2002, orig. proceeding). Accordingly, we dismiss Relator's petition for writ of mandamus for want of

jurisdiction.

GUADALUPE RIVERA, Justice

August 14, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)

2